HANS JOERG KOEHNE ET AL. *v.* HANS JOECKEL ET AL.
(8838)

SPALLONE, NORCOTT and LANDAU, Js.

Submitted on briefs October 5—decision released October 11, 1990

*Rebecca B. Lamont* and *John F. McKenna* filed a brief for the appellants (defendants).

*John E. LeMoult* filed a brief for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.

JOHN MACKEIL, JR. *v.* STEAK AND ALE OF CONNECTICUT, INC.
(9828)

SPALLONE, NORCOTT and LANDAU, Js.

Argued October 5—decision released October 11, 1990

*George P. D'Amico,* for the appellant (plaintiff).
*James P. Brennan,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.